## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV 15-1210 AG (JCG) | Date | December 17, 2015 |
|---|---|---|---|
| Title | *Jesus Baez Chavez v. Randy L. Tews, et al.* | | |

| Present: The Honorable | Jay C. Gandhi, United States Magistrate Judge | |
|---|---|---|
| Kristee Hopkins | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

By order dated November 24, 2015 ("Order"), Plaintiff, who had recently been released from federal detention, was ordered to notify the Court, in writing, of his current address, within twenty (20) days of the Order's issuance. [Dkt. No. 15.]

On December 11, 2015, the Order – mailed to Plaintiff's address of record – was returned to the Court by the U.S. Postal Service. [*See* Dkt. No. 16.]

To date, Plaintiff has failed to apprise the Court of his current address. *See* C.D. Cal. L.R. 41-6.

Accordingly, within **twenty (20) days** of the date of this Order, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. If Plaintiff files a Notice of Change of Address by **January 6, 2016**, he need not separately respond to this Order to Show Cause.

**Plaintiff is cautioned that his failure to timely respond to this Order to Show Cause will be deemed consent to the dismissal without prejudice of this action.**

IT IS SO ORDERED.

cc: Parties of Record

|  | 00 : 00 |
|---|---|
|  | Initials of Clerk   kh |