# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | LA CV 15-1210 AG (JCG) | Date | January 13, 2016 |
|---|---|---|---|
| Title | *Jesus Baez Chavez v. Randy L. Tews, et al.* | | |

Present: The Honorable **Jay C. Gandhi, United States Magistrate Judge**

| Kristee Hopkins | None Appearing | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**  **(IN CHAMBERS) SECOND ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

By order dated November 24, 2015 ("November Order"), Plaintiff, who had recently been released from federal detention, was ordered to notify the Court, in writing, of his current address, within twenty (20) days of the Order's issuance. [Dkt. No. 15.]

On December 11, 2015, the November Order – mailed to Plaintiff's address of record – was returned to the Court by the U.S. Postal Service. [*See* Dkt. No. 16.]

As such, by order dated December 17, 2015 ("OSC"), the Court ordered Plaintiff to show cause, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. [Dkt. No. 17.] The Court advised Plaintiff that if he filed a Notice of Change of Address by January 6, 2016, he need not separately respond to the OSC. (*See id.*)

On December 29, 2015, the Court received Plaintiff's "Motion to Amend Request to Proceed Without Prepayment of Filing Fees" ("Motion"). [Dkt. No. 18.]

Preliminarily, the Court has already granted Plaintiff leave to proceed without prepayment of filing fees. [Dkt. No. 12.] As such, Plaintiff's Motion, [Dkt. No. 18], is **DENIED AS MOOT**.

Importantly, Plaintiff still has not filed a Notice of Change of Address with the Court. Although Plaintiff's submission bears a Mexican return address[1] ("Mexican Address"), [*see* Dkt. No. 18 at 43], the Motion makes no mention of the November Order or the OSC, and there is no indication that Plaintiff has received either.

---

[1]  Av. Cofradia No. 48-B Mza-5 Lote 23-B
Col. Cofradia de San Miguel
Cuautitlan Izcalli Estado de Mexico C.P 54715

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV 15-1210 AG (JCG) | Date | January 13, 2016 |
|---|---|---|---|
| Title | *Jesus Baez Chavez v. Randy L. Tews, et al.* | | |

Accordingly, within **twenty (20) days** of the date of this Order, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order.  If Plaintiff files a Notice of Change of Address by **February 2, 2016**, he need not separately respond to this Order to Show Cause.

**Plaintiff is expressly warned that his failure to timely respond to this Second Order to Show Cause will be deemed consent to the dismissal without prejudice of this action.**

Additionally, the Clerk of Court is **DIRECTED** to send a copy of this Order to the Mexican Address.

**IT IS SO ORDERED.**

cc:  Parties of Record

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Clerk | | kh | |