JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS BAEZ CHAVEZ, <br>     Plaintiff, <br>     v. <br> RANDY L. TEWS, *et al.*, <br>     Defendants. | Case No. LA CV 15-1210 AG (JCG) <br><br> **JUDGMENT** |

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: February 26, 2016

                                    HON. ANDREW J. GUILFORD
                                    UNITED STATES DISTRICT JUDGE